IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| BARRY COSTA, | ) | CASE NO. 3:19-cv-00099 |
| | ) | |
| Plaintiff, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC, et al., | ) | **STIPULATION OF DISMISSAL AND** |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and through counsel that the parties have settled the above-captioned matter and the action is hereby dismissed with prejudice against all Defendants. The Court shall retain jurisdiction to enforce the Settlement Agreement between the parties. Each party herein shall bear their respective Court costs and attorney's fees.

**IT IS SO ORDERED.**

_____    Date: 12-6-19
WALTER H. RICE
United States District Judge

/s/ Matthew G. Bruce
Matthew G. Bruce (0083769)
Paul Filippelli (0097085)
The Spitz Law Firm
8354 Princeton Glendale Road, Suite 203
West Chester, OH 45069
Telephone: (216) 291-4744 ext. 173
Facsimile: (216) 291-5744
Email: Matthew.Bruce@spitzlawfirm.com

*Attorneys for Plaintiff Barry Costa*

/s/ Douglas B. Schnee
Douglas B. Schnee (0063643)
Frantz Ward LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Telephone: (216) 515-1661
Facsimile: (216) 515-1650
Email: dschnee@frantzward.com

*Counsel for Defendants Lowe's Home Centers, LLC, Christina McDaniel, Tiffany Thompson, and Amara Larson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2019, a copy of the foregoing Stipulation of Dismissal and Judgment Entry was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Douglas B. Schnee*
Douglas B. Schnee (0063643)
